# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156022(28)(29)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WALTER ANDREW WALAS,
      Defendant-Appellant.
_____/

SC: 156022
COA: 337436
Oakland CC: 2015-255954-FH

On order of the Chief Justice, the motions of defendant-appellant to extend the time for filing his reply and to exceed the page limitation are GRANTED. The 15-page reply submitted on January 5, 2018, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2018

Clerk